■■■■■■■■

Katherine Herold, Administrator of Estate of Walter Herold, Deceased, Appellee, v. Ralph E. Lind, Appellant.

Gen. No. 46,179.   (Abstract of Decision.)

John J. Maciejewski, for appellant; Charles D. Snewind, of counsel; Hubachek & Kelly, and John W. Freels, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 24, 1954; released for publication April 22, 1954.

People of State of Illinois, Defendant in Error, v. Louie Cosper, Plaintiff in Error.

Gen. No. 46,274.   (Abstract of Decision.)

Herbert M. Wetzel,
and Arthur Frankel, for plaintiff in error; Stephen N. Sira, Demetri M.
Spiro, and L. B. Weir, of counsel; John Gutknecht, State's Attorney of
Cook county, for defendant in error; John T. Gallagher, Rudolph L.
Janega, Arthur F. Manning, and Jordan Jay Hillman, Assistant State's
Attorneys, of counsel. Opinion by JUSTICE LEWE. Not to be published
in full. Opinion filed March 24, 1954; rehearing denied April 21, 1954;
released for publication April 22, 1954.

## Imogean L. Wood, Plaintiff-Appellee, v. Robert E. Reck, Defendant-Appellant.

### Gen. No. 10,716. (Abstract of Decision.)

O'Brien, Burnell & Puckett for appellant;
William C. O'Brien, Wilson D. Burnell, Donald L. Puckett, and Joseph
H. Barnett, of counsel; Allen, Matthews, Jordan & Dean, for appellee;
John T. Matthews, and Everett Jordan, of counsel. Opinion by JUSTICE
DOVE. Not to be published in full. Opinion filed March 26, 1954; re-
leased for publication April 12, 1954.